UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CFS SERVICES, LP, a Texas Limited Partnership

        Plaintiff,

v.                                        Case No.:   2:20-cv-129-FtM-38MRM

AMERITECH ROOFING SYSTEMS INC.,

        Defendant.
_____/

**ORDER**[1]

Before the Court is Plaintiff CFS Services, LP's Response to Order to Show Cause. (Doc. 7). Plaintiff filed this suit against Defendant Ameritech Roofing Systems, Inc. on February 26, 2020. (Doc. 1). When the deadline to serve the Complaint passed, the Court directed Plaintiff to show cause why this case should not be dismissed for failure to serve or prosecute. (Doc. 6).

In response, Plaintiff has filed a Return of Service showing that Defendant was served on March 30, 2020. (Doc. 8). Plaintiff also says that Defendant asked it for an extension of time to answer the Complaint, to which Plaintiff agreed. (Doc. 7). Since then, the parties have been trying to schedule an early in-person mediation. (Doc. 7). Although the Court appreciates the parties' efforts to reach an early settlement, only the Court can extend the deadlines that govern this case. The Court too is obliged "to secure

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

the just, speedy, and inexpensive determination of every action and proceeding." Fed. R. Civ. P. 1.

Accordingly, it is now

**ORDERED:**

The parties are **DIRECTED** to file the appropriate motion to extend the deadline to answer the Complaint on or before **July 9, 2020**.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of July 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record